# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Ronald Williams                                Docket No. 5:05-CR-301-1D

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronald Williams, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on October 24, 2006, to the custody of the Bureau of Prisons for a term of 85 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

4. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

5. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

6. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Ronald Williams was released from custody on August 13, 2013, at which time the term of supervised release commenced.

Ronald Williams
Docket No. 5:05-CR-301-1D
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently being supervised in the Eastern District of Pennsylvania by Senior U.S. Probation Officer Carlos Montgomery. According to Officer Montgomery, the defendant has submitted three urine specimens which returned positive results for PCP use on April 1, 2014, July 8, 2014, and July 15, 2014, respectively. When questioned by USPO Montgomery about these positive samples, Williams denied using any illegal substances and has no former history of PCP use. Officer Montgomery recommends that the defendant be placed in a residential re-entry center (RRC) for 90 days to serve as an intermediate sanction for his apparent non-compliant behavior and to provide Williams with a structured living environment in which he will also be exposed to substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a Residential Reentry Center for a period of 90 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8682<br>Executed On: August 19, 2014 |

Ronald Williams
Docket No. 5:05-CR-301-1D
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this **25** day of **August**, 2014, and ordered filed and made a part of the records in the above case.

*James C. Dever*
James C. Dever III
Chief U.S. District Judge